Edward V. Trainor, Appellant, v. The Trust Company of Chicago, as Liquidation Trustee under Trust Number 995, Known as 7000 South Shore Drive Liquidation Trust, Herbert Hillebrecht, Willa Hillebrecht, and Henry W. Hillebrecht, Appellees.

Gen. No. 45,296. 

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel; Henry I. Green, Harry A. Biossat, and Benjamin Wham, for appellees; Kirkland, Fleming, Green, Martin & Ellis, for certain defendant-appellee; Vernon M. Welsh, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed June 13, 1951; released for publication July 30, 1951.